UNITED STATES DISTRICT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION – ECF PROGRAM

| | |
|---|---|
| JEANNE LOVELESS,<br><br>        Plaintiff,<br><br>v.<br><br>US AIR/AMERICA WEST AIRLINES WAYS, INC,<br><br>        Defendants. | CASE NO.  C-08-02444 JW<br><br>**ORDER GRANTING IN PART STIPULATION FOR ADDITIONAL TIME TO RESPOND TO COMPLAINT; SETTING CASE MANAGEMENT CONFERENCE** |

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

In accordance with Local Rule 6-1(a), U.S. Airways, Inc. shall have until **November 3, 2008** , in which to answer or otherwise respond to plaintiff's complaint served on September 9, 2008.

The parties shall appear for a Case Management Conference on **November 17, 2008 at 10 a.m.** On or before **November 7, 2008**, the parties shall file a Joint Case Management Conference. The Statement shall set forth a good faith discovery plan, including a proposed date for the close of all discovery.

Dated:  September 24, 2008

_____
JAMES WARE
United States District Judge