STEPHAN E. KYLE (SBN 158075)
JENNIFER M. JOAQUIN (SBN 197109)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 397-3100
Facsimile: (415) 397-3170

Attorneys for Defendant
U.S. AIRWAYS, INC.

*IT IS SO ORDERED AS MODIFIED*
*/s/ James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION – ECF PROGRAM

| | |
|---|---|
| JEANNE LOVELESS,<br><br>    Plaintiff,<br><br>v.<br><br>US AIR/AMERICA WEST AIRLINES WAYS, INC,<br><br>    Defendants. | CASE NO.  C-08-02444 JW<br><br>STIPULATION AND [PROPOSED] ORDER FOR CONTINUING CASE MANAGEMENT CONFERENCE |

   Plaintiff Jeanne Loveless and defendant U.S. Airways, Inc., by and through their attorneys of record, stipulate as follows:

   1. That the case management conference scheduled for **November 17, 2008**, be continued until **December 15, 2008** or some subsequent date convenient for the Court.  This requested continuance is due to plaintiff's counsel being out of the country and unavailable until early December.  In addition, plaintiff has just filed a first amended complaint.  This continuance will allow the parties to meet and confer and to timely file a joint case management conference

{30029.302090 0135348.DOC}
-1-
STIPULATION AND [PROPOSED] ORDER FOR
CONTINUING CASE MANAGEMENT CONFERENCE
C-08-02444 JW

Kenney & Markowitz L.L.P.

statement upon plaintiff's counsel's return to the country.

DATED: October 7, 2008

LAW OFFICES OF DEMARTINI & LODGE

By: _____
AARON LODGE
Attorneys for Plaintiff
JEANNE LOVELESS.

DATED: October 7, 2008

KENNEY & MARKOWITZ L.L.P

By: _____
STEPHAN E. KYLE
JENNIFER M. JOAQUIN
Attorneys for Defendant
U.S. AIRWAYS, INC.

### ORDER

Good cause appearing therefore, the Court hereby orders that the Case Management Conference scheduled for November 17, 2008, be continued until **December 15, 2008 at 10 a.m.** On or before **December 5, 2008**, the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, a good faith discovery plan with a proposed date for the close of all discovery.

Dated: October 16, 2008

_____
HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT JUDGE