STEPHAN E. KYLE (SBN 158075)
JENNIFER M. JOAQUIN (SBN 197109)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA  94111
Telephone:      (415) 397-3100
Facsimile:       (415) 397-3170

Attorneys for Defendant
US AIRWAYS, INC.

*IT IS SO ORDERED AS MODIFIED*
*/s/ James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION – ECF PROGRAM

| | |
|---|---|
| JEANNE LOVELESS,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. AIRWAYS, INC.,<br><br>    Defendants. | CASE NO.  C-08-02444 JW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF DATES IN 12/10/08 SCHEDULING ORDER** |

It is hereby stipulated and agreed by and between all parties and their attorneys of record that the dates set forth in the Court's **December 10, 2008 Scheduling Order** be continued as follows:

| | **Original Date** | **Proposed Date** |
|---|---|---|
| Preliminary Pre-Trial Conference Statements<br>*(Due 10 days before conference)* | April 24, 2009 | September 21, 2009 |
| Preliminary Pre-Trial Conference<br>*(30 days before the Close of All Discovery)* | May 4, 2009 | August 31, 2009 |
| L/D for Hearing Dispositive Motions<br>*(60 days before the Close of All Discovery)* | August 3, 2009 | July 31, 2009 |
| Close of All Discovery | June 1, 2009 | October 1, 2009 |

**Kenney & Markowitz L.L.P.**

There are very compelling reasons for the requested continuance:

1. Plaintiff did not provide US Airways with its full initial disclosures until March 13, 2009.
2. The parties are set to participate in Mediation with Court-Appointed mediator Jamie L. Dupree on **April 29, 2009**.
3. The parties are participating in the Mediation in good faith and are holding off on initiating formal discovery, including the noticing of plaintiff's deposition, until it is determined whether an early resolution of this matter is possible.
4. If an early resolution of this matter does not occur at the Mediation, the parties will need until October 1, 2009, to complete all discovery, as this case involves two incidents and two sets of US Airways flight crew located across the country, in addition to multiple health care providers. Further, this case will require significant expert discovery.

**SO STIPULATED.**

DATED: April 15, 2009                    **LAW OFFICES OF DEMARTINI & LODGE**

                                          By:      /s/ Aaron Lodge
                                             AARON LODGE
                                             Attorneys for Plaintiff
                                             JEANNE LOVELESS

DATED: April 15, 2009                    **KENNEY & MARKOWITZ L.L.P**

                                          By:      /s/ Jennifer M. Joaquin
                                             STEPHAN E. KYLE
                                             JENNIFER M. JOAQUIN
                                             Attorneys for Defendant
                                             US AIRWAYS, INC.

**\*\*\* ORDER \*\*\***

Based on the parties' representation, the Court finds good cause to modify the Court's December 10, 2008 Scheduling Order.  However, the Court finds that the 120 day extension proposed by the parties excessive and thus modifies the schedule as follows:

|  | **Original Date** | **Modified Date** |
|---|---|---|
| Preliminary Pre-Trial Conference Statements *(Due 10 days before conference)* | April 24, 2009 | **June 26, 2009** |
| Preliminary Pre-Trial Conference *(30 days before the Close of All Discovery)* | May 4, 2009 | **July 6, 2009 at 11 a.m.** |
| L/D for Hearing Dispositive Motions *(60 days before the Close of All Discovery)* | August 3, 2009 | **September 14, 2009 at 9 a.m.** |
| Close of All Discovery | June 1, 2009 | **August 7, 2009** |

Dated:  April 28, 2009

_____
JAMES WARE
UNITED STATES DISTRICT COURT JUDGE