```
KYMBERLY E. SPEER (SBN 121703)
ELIZABETH D. RHODES (SBN 218480)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA 94111
Telephone:   (415) 397-3100
Facsimile:   (415) 397-3170
```

Attorneys for Defendant
US AIRWAYS, INC.

UNITED STATES DISTRICT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION – ECF PROGRAM

| | |
|---|---|
| JEANNE LOVELESS,<br><br>　　　Plaintiff,<br><br>v.<br><br>U.S. AIRWAYS, INC.,<br><br>　　　Defendants. | CASE NO. C-08-02444 JW<br>**FINDING AS MOOT**<br>**STIPULATION TO PSYCHIATRIC IME; [~~PROPOSED~~] ORDER** |

　　　Pursuant to Rule 35, plaintiff hereby agrees, by and through her counsel, that on **July 9 and 10, 2009** she will submit to a psychiatric Independent Medical Examination (IME) with Bernard S. Rappaport, M.D., 3 Altarinda Road, Suite 207, Orinda, California 94563. The examination will consist of two parts:

1) An oral examination to begin at **9:30 a.m.** on **July 9, 2009**, and which will include:

- taking a complete history (family history, educational history, social history, past medical history, past psychological/psychiatric history, employment history, legal history, history of the incident, subsequent clinical course and psychological/psychiatric treatment)

- an oral mental status examination (specific questions to assess mental functioning, mood, affect, capacity for abstraction, judgment, etc.)

{30029.302090 0137725.DOC}　　　-1-
STIPULATION TO PSYCHIATRIC IME; ORDER
C-08-02444 JW

To: Kymberly Speer   From: Aaron Lodge
Case: C-08-02444 JW.

2) The administration of psychological test instruments, to begin at **9:30 a.m.** on **July 10, 2009**, and which may include one or all the following:

- The MMPI-2 (Minnesota Multiphasic Personality Inventory – 2)
- The MCMI-III (Millon Clinical Multiaxial Inventory – III)
- The Rotter Incomplete Sentences Blank

The estimated time for the IME is 4-6 hours: 2-3 hours for the oral examination on July 9, 2009, and 2-3 hours for the psychological testing (depending on the examinee's pace) on July 10, 2009.

No one other than the examinee is entitled to be present during the examination, nor may the examination be recorded in any manner (*e.g.*, tape recorder, dictaphone, etc.)

**SO STIPULATED:**

DATED: June 11, 2009

**LAW OFFICES OF DEMARTINI & LODGE**

By: /s/ A. Lodge
AARON LODGE, ESQ.
Attorneys for Plaintiff

DATED: June 9, 2009

**KENNEY & MARKOWITZ L.L.P**

By:
KYMBERLY E. SPEER
ELIZABETH D. RHODES
Attorneys for Defendant
US AIRWAYS, INC.

{30029.302090 0137725.DOC}

-2-
STIPULATION TO PSYCHIATRIC IME; ORDER
C-08-02444 JW

2) The administration of psychological test instruments, to begin at **9:30 a.m.** on **July 10, 2009**, and which may include one or all the following:

- The MMPI-2 (Minnesota Multiphasic Personality Inventory – 2)
- The MCMI-III (Millon Clinical Multiaxial Inventory – III)
- The Rotter Incomplete Sentences Blank

The estimated time for the IME is 4-6 hours: 2-3 hours for the oral examination on July 9, 2009, and 2-3 hours for the psychological testing (depending on the examinee's pace) on July 10, 2009.

**No one other than the examinee is entitled to be present during the examination, nor may the examination be recorded in any manner** (*e.g.*, **tape recorder, dictaphone, etc.**)

**SO STIPULATED:**

DATED: June __, 2009

**LAW OFFICES OF DEMARTINI & LODGE**

By:_____
AARON LODGE, ESQ.
Attorneys for Plaintiff

DATED: June 12, 2009

**KENNEY & MARKOWITZ L.L.P**

By:_____
KYMBERLY E. SPEER
ELIZABETH D. RHODES
Attorneys for Defendant
US AIRWAYS, INC.

{30029.302090 0137725.DOC}

-2-

STIPULATION TO PSYCHIATRIC IME; ORDER
C-08-02444 JW

## **ORDER**

So ordered.
The Stipulation is found as moot. The deadlines have since passed. The parties may file a renewed stipulation if needed.

Date: August 4, 2009

_____
Judge James Ware
UNITED STATES DISTRICT COURT

{30029.302090 0137725.DOC}

-3-
**STIPULATION TO PSYCHIATRIC IME; ORDER**
C-08-02444 JW