AARON LODGE (SBN 220670)
Law Offices of DeMartini & Lodge
1414 Soquel Avenue, Suite 222
Santa Cruz, California  95062
Telephone:     (831) 426-3030
Facsimile:      (415) 603-4300

Attorney for plaintiff:
JEANNE LOVELESS

**IT IS SO ORDERED**
*James Ware*
Judge James Ware

9/8/2009

UNITED STATES DISTRICT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION – ECF PROGRAM

| | |
|---|---|
| JEANNE LOVELESS,<br><br>     Plaintiff,<br><br>v.<br><br>U.S. AIRWAYS, INC.,<br><br>     Defendants. | CASE NO.  C-08-02444 JW<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE (FRCP 41(a)(1)(ii))** |

### STIPULATION

The parties have reached a confidential agreement.  Therefore, plaintiff JEANNE LOVELESS hereby dismisses with prejudice this entire action, including all claims therein.  The parties are responsible for their own attorney fees and costs resulting from this litigation.

Dated: Aug. 27, 2009 By:     _____/s/_____
                                            AARON LODGE
                                            Attorney for Plaintiff Jeanne Loveless

Dated: Aug. 27, 2009 By:     _____/s/_____
                                            Kymberly Speer
                                            Attorney for defendant US Airways

**IT IS SO ORDERED:**  The Court terminates any remaining deadlines, hearings and motions.  The Clerk shall close this file.

Dated: September 8, 2009

_____
*James Ware*
United States District Judge

PLAINTIFF'S DISMISSAL OF ENTIRE ACTION
C-08-02444 JW

Law Offices of DeMartini & Lodge